NO. 12-01-00198-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




TEXAS DEPARTMENT OF

PUBLIC SAFETY,
§
 APPEAL FROM THE 241ST

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


HARRY LOUIS GRAHAM, JR.,

APPELLEE
§
 SMITH COUNTY, TEXAS







PER CURIAM


 The parties hereto have filed a Joint Motion to Reverse and Remand for Entry of an Agreed
Order. The motion has been signed by the attorneys for both parties and represents that the parties'
agreement disposes of all issues presented for appeal. Further, the motion requests that this cause be
remanded to the trial court for entry of an Agreed Order Denying Expunction. Because the parties
have met the requirements of Tex. R. App. P. 42.1(a)(1), the motion is granted, the trial court's
judgment is reversed and the cause remanded to the trial court for entry of Agreed Order Denying
Expunction.

Opinion delivered October 24, 2001.

Panel consisted of Davis, C.J., Worthen, J., and Griffith, J.






(DO NOT PUBLISH)